# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00367-CV

**Standard Pacific of Texas, Inc.; CalAtlantic Homes of Texas, Inc.; CalAtlantic Group, Inc.; and Lennar Corporation, Appellants**

**v.**

**Aaron Thomison Masonry, Inc., Appellee**

---

**FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY,
NO. D-1-GN-24-002945, THE HONORABLE JAMES E. MORGAN, JUDGE PRESIDING**

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellee Aaron Thomison Masonry, Inc. has filed a letter informing the Court of the status of the parties' settlement proceedings, which in substance is a motion to extend this Court's abatement. We previously abated this case after appellee informed the Court that the case had settled and that the parties were in the process of finalizing the settlement and dismissal documents. Appellee now informs the Court that the parties have finalized the language in the settlement agreement and that appellants are ready to execute the settlement agreement. Appellee states that an additional 30 days would allow the parties time to execute the settlement agreement, exchange settlement funds, and file a motion to dismiss this appeal.

We grant appellee's motion and abate the appeal for an additional 30 days to allow the parties time to finalize their agreement. The parties shall submit a motion to dismiss the appeal, a motion to reinstate the appeal, or a status report on the settlement proceedings accompanied by a motion to extend the abatement on or before February 28, 2025. The case will remain abated until further order of this Court.

It is so ordered on January 29, 2025.


Before Justices Triana, Theofanis, and Crump

Abated

Filed: January 29, 2025